# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Ramiro Camacho Ramos

                V.                         **JUDGMENT IN A CIVIL CASE**

Michael Chertoff, et al.,

                                    **CASE NUMBER:**    06-CV-2318 W (NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

On April 24, 2007, Respondent filed a notice in response to the court's order to show cause why the case should not be dismissed stating that the government removed Petitioner to Mexico and released him from custody. Thus, the court hereby dismisses the petition as moot. The Clerk shall close the case file.

| April 25, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON April 25, 2007 |

06-CV-2318 W (NLS)